IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUIP FOR EQUALITY, INC. ) | **FILED** |
| Plaintiff, ) | |
| ) No. 03 C 0796 | APR 29 2003 |
| v. ) | |
| ) Judge Kennelly | JUDGE MATTHEW F. KENNELLY |
| CHRISTIAN WOMEN COUNSELING ) | UNITED STATES DISTRICT COURT |
| SERVICES, a/ka SYENE ELKANAH ) Magistrate Judge Keyes | **DOCKETED** |
| SINGER PAVILION, ) | |
| ) | APR 30 2003 |
| Defendant. ) | |

## AGREED SETTLEMENT ORDER

This matter coming to be heard for status and the Court being advised that the parties have reached an agreement concerning the matters in dispute, hereby finds:

1. Plaintiff Equip for Equality (EFE) is the Protection and Advocacy System for persons with disabilities in Illinois. As such, EFE has federal statutory authority to go into facilities that provide psychiatric treatment for various purposes, including but not limited to, meeting with patients or residents, inspecting the conditions of facilities and reviewing patient/resident records. EFE's statutory access authority specifically includes homeless shelters.

2. Reverend Margaret Jones is the Chief Executive officer (CEO) of Christian Women Counseling Services, a/k/a Syene Elkanah Singer Pavilion (CWCS), the Defendant in this case. CWCS operates a certain homeless shelter located at or about 109th and South State Street in Chicago, Illinois. (The Homeless Shelter).

3. In or about August of 2002, representatives of EFE were refused access to The Homeless Shelter, its residents and staff. Later demands for access were also refused.



4. On February 3, 2003, EFE filed this lawsuit to enforce its statutory right to access to the facilities of The Homeless Shelter, as well as access to the residents and staff of The Homeless Shelter.

5. The parties hereby agree that representatives of EFE shall have access to the facilities, residents and staff at the Homeless Shelter before, during and after business hours. EFE through its representatives, shall be allowed to speak with residents and staff, and shall also be allowed to view the medical or psychiatric records of the residents of The Homeless Shelter.

6. This case is dismissed.

**Agreed** to for Defendant CWCS:

*[signed] Rev. Margaret Jones CEO*
Reverend Margaret Jones, CEO
Christian Women Counseling Services
Singer Pavilion
2925 South Cottage Grove Avenue
Chicago, Illinois 60616

SUBSCRIBED and SWORN to
Before me this _14_ day of April, 2003.

*[signed] Kinette Jennings*
NOTARY PUBLIC

"OFFICIAL SEAL"
KINETTE JENNINGS
Notary Public, State of Illinois
My Commission Expires Sept. 28, 2003

**Agreed** to for Plaintiff EFE:

*[signed] Byron L. Mason*
Byron L. Mason, Senior Attorney
Equip for Equality, Inc.
11 East Adams Street, Suite 1200
Chicago, Illinois 60603